# MEREDITH & KEYHANI, PLLC

81 Linwood Avenue
Buffalo, New York 14209
www.meredithkeyhani.com
_____
Writer's Direct Email:
dkeyhani@meredithkeyhani.com

July 22, 2008

**FILED VIA ECF**

Magistrate Judge McCarthy
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Re:  Softrend, Inc. v. Wee Squeak et al. 07-cv-0411 A(M)

Honorable Judge McCarthy:

     We represent the Plaintiff in the above referenced matter.  We write this on behalf of the Plaintiff and Defendants Wee Squeak and Kid Squeakers to respectfully inform the Court that all the parties in this case have reachrf a settlement.  The Plaintiff and Kid Squeakers have executed a settlement agreement and the Plaintiff and Wee Squeak have reached an agreement in principal and will be working out the details of the agreement over the next few days.

Respectfully submitted,

s/Dariush Keyhani
Dariush Keyhani[1]

---

[1] Admitted before the Southern, Eastern, & Western District of NY, New Jersey District Court & NJ Bar-not a member of the NY State Bar