**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

| | |
|---|---|
| _____ ) | |
| SOFTREND, INC., ) | |
| ) | **STIPULATION OF** |
| Plaintiff, ) | **DISMISSAL** |
| ) | |
| -against- ) | 07-CV-0411A (M) |
| ) | |
| WEE SQUEAK, SCOTT BEACH, LLC d/b/a ) | |
| SQUEAKERSHOES.COM, ) | |
| KID SQUEAKERS, LLC, ) | |
| ) | |
| Defendants ) | |
| _____) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and the Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action and all claims and counterclaims therein are dismissed with prejudice, against the parties, each party to bear its own costs and its own attorneys' fees.

Date:  February 4, 2007
       Buffalo, NY

/s/ Dariush Keyhani
Dariush Keyhani (dkeyhani@meredithkeyhani.com)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Tel: (212) 760-0098
Fax: (212) 202-3819
*Attorneys for Plaintiff SOFTREND, INC.*

1

<u>/s/ David W. Kloss</u>
David W. Kloss
KLOSS, STENGER & LOTEMPIO
69 Delaware Avenue, Ste. 1003
Buffalo, New York 14202
Tel: (716) 853-1111
Fax: (716) 847-2924
dwkloss@klosslaw.com
*Attorneys for Defendant Wee Squeak*


**SO ORDERED**:


_____        _____
Jeremiah J. McCarthy                                    Date
United States Magistrate Judge